**Order entered September 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00903-CV

### ALBERT LUTTERODT, Appellant

### V.

### DAVID J. POTTER AND JACKSON M. POTTER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

The reporter's record in this appeal has not yet been filed. Our records reflect appellant requested the reporter's record on September 12, 2019, but it does not appear the request was served on the court reporter. Accordingly, we **ORDER** Coral L. Wahlen, Official Court Reporter for County Court at Law No. 4, to file the reporter's record no later than October 21, 2019. Because the clerk's record contains a copy of appellant's statement of inability to afford court costs and does not reflect the trial court has ordered appellant to pay costs, the record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wahlen and the parties.

/s/    BILL WHITEHILL
       JUSTICE